# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MARK NORRIS,<br><br>    *Petitioner*,<br><br>v.<br><br>UNITED STATES BUREAU OF PRISONS,<br><br>    *Respondent*. | Case No. 1:22-cv-266<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Susan K. Lee |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Eastern District of Kentucky and to close this case.

**SO ORDERED**.

                                        **/s/** *Travis R. McDonough*
                                        **TRAVIS R. MCDONOUGH**
                                        **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT